

# THE THIRTEENTH COURT OF APPEALS

13-14-00091-CV

The Estate of Sandra Broughton, Deceased; Gary T. Weimer, Individually and as Independent Co-Executor of the Estate of Sandra Broughton, Deceased; Greg Weimer, Individually and as Independent Co-Executor of the Estate of Sandra Broughton; et al.

v.

Financial Freedom Senior Funding Corporation; Financial Freedom Acquisition, LLC; and Federal National Mortgage Association a/k/a Fannie Mae

On appeal from the
368th District Court of Williamson County, Texas
Trial Cause No. 11-825-C368

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be AFFIRMED IN PART and REVERSED IN PART, and the case should be REMANDED to the trial court. The Court orders the judgment of the trial court AFFIRMED IN PART and REVERSED IN PART, and the case is REMANDED for further proceedings consistent with its opinion. Costs of the appeal are adjudged 50% against appellant and against appellee.

We further order this decision certified below for observance.

May 19, 2016